UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMES LAMONT MILLER,             )
                                 )
       Petitioner,              )    Case No. 1:07-cv-546
                                 )
v.                               )    Honorable Robert Holmes Bell
                                 )
WILLIE O. SMITH,                 )
                                 )
       Respondent.              )
_____)

## ORDER DENYING MOTION TO SUPPLEMENT RECORD

In accordance with the memorandum opinion issued this date:

IT IS ORDERED that respondent's motion to supplement the record (docket # 20) be and hereby is DENIED.

DONE AND ORDERED this 12th day of February, 2010.

        /s/  Joseph G. Scoville
        United States Magistrate Judge